IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

    Petitioner,                    No. CIV S-06-2862 GEB EFB P

    vs.

D. K. SISTO, et al.,

    Respondents.                 ORDER

         Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has paid the filing fee. However, petitioner has commenced this action in the wrong district.

         Petitioner was convicted in the Alameda County Superior Court, but is confined in Solano County. He alleges that the State of California has violated his guilty plea by not providing him a timely parole suitability hearing. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

////

1  Accordingly, it is ORDERED that this action is transferred to the United States District
2  Court for the Northern District of California. 28 U.S.C. §§ 84(a); 1404(a).
3  Dated: May 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE